UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**The Samuel Law Firm**
Michael Samuel (MS 7997)
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884

Attorneys for Defendant

| | |
|---|---|
| Rhondine Melendez, Individually and on behalf of all other persons similarly situated, | DOCKET NO. 23cv09005 |
| Plaintiff, | |
| - vs. - | **NOTICE OF APPEARANCE** |
| Fitzgerald Jewelry, LLC, | |
| Defendant. | |

   NOW COMES attorney Michael Samuel, Esq., and enters his appearance in this matter on behalf of defendant Fitzgerald Jewelry, LLC.

Dated:  December 11, 2023

　　　　　　　　　　　　　　　_____*Michael Samuel*_____
　　　　　　　　　　　　　　　Michael Samuel (MS 7997)
　　　　　　　　　　　　　　　The Samuel Law Firm
　　　　　　　　　　　　　　　1441 Broadway, Suite 6085
　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　(212) 563-9884
　　　　　　　　　　　　　　　(212) 563-9870 (Fax)
　　　　　　　　　　　　　　　michael@thesamuellawfirm.com

　　　　　　　　　　　　　　　Attorneys for Defendant